July 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARGARET ONWUDIEGWU, Appellant

NO. 14-14-00249-CV                              V.

JAIME J. DOMINGUEZ, Appellee

_____

This cause, an appeal from the judgment signed February 24, 2014 in favor of appellee Jaime J. Dominguez, was heard on the transcript of the record. We have inspected the record and find legally insufficient evidence to support the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Jaime J. Dominguez take nothing by his claims.

We further order that all costs incurred by reason of this appeal be paid by appellee Jaime J. Dominguez.

We further order this decision certified below for observance.